GLANCY PRONGAY & MURRAY LLP
Kara M. Wolke (#241521)
Jonathan M. Rotter (#234137)
Alexa Mullarky (#307932)
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile:  (310) 201-9160
Email:  info@glancylaw.com

*Attorneys for Lead Plaintiff Gregory Callender
and the Proposed Settlement Class*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re CytRx Corporation Securities Litigation<br>_____<br><br>NICHOLAS CRIHFIELD, Individually and on Behalf of All Others Similarly Situated,<br>　　　　　　Plaintiff,<br>　　v.<br>CYTRX CORPORATION, STEVEN A. KRIEGSMAN, and JOHN Y. CALOZ,<br>　　　　　　Defendants | Case No.: 2:16-CV-05519-SJO-SK<br><br>**NOTICE OF UNOPPOSED MOTION AND MOTION FOR ENTRY OF ORDER PRELIMINARILY APPROVING SETTLEMENT**<br><br>Date:　June 18, 2018<br>Time:　10:00 a.m.<br>Crtm:　10C<br>Judge:　Hon. S. James Otero |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on June 18, 2018 at 10:00 a.m., or as soon thereafter as the Parties may be heard, in the Courtroom of the Honorable S. James Otero in Courtroom 10C located at the United States Courthouse, 350 West 1st Street, Los Angeles, CA 90012, Lead Plaintiff Gregory Callender ("Plaintiff") will, and hereby does, move the Court for the entry of the Preliminary Approval Order, attached as Exhibit A to the Stipulation and Agreement of Settlement filed herewith (the "Stipulation"), which provides for:

    1.    Preliminary approval of the proposed Settlement;

    2.    Preliminary certification of a Settlement Class;

    3.    Approval of the form and method for giving notice, as set forth in the Stipulation; and

    4.    Setting the date for a hearing (the "Settlement Hearing") to determine: (i) whether the proposed Settlement provided for in the Stipulation is fair, reasonable, and adequate to the Settlement Class and should be finally approved by the Court; (ii) finally certifying the Settlement Class; (iii) Lead Counsel's application for an award of attorneys' fees and expenses; and (iv) Lead Plaintiff's application for an award of reimbursement for time and expense in litigating this action.

This unopposed motion is based upon the accompanying Memorandum of Points and Authorities, the Declaration of Kara M. Wolke, all the documents and exhibits in support thereof, as well as all the pleadings and papers on file in this matter and any such further evidence and argument as may be presented at the hearing.

This motion is made following the conferences of counsel pursuant to Local Rule 7-3 which took place over the course of many days between April 27 and today, May 4, 2018. Plaintiff's counsel conferred with Defendants' counsel with respect to this motion. Defendants' counsel have authorized Plaintiff's counsel to represent that Defendants do not oppose this motion.

1
2  DATED: May 4, 2018                    GLANCY PRONGAY & MURRAY LLP
3
4
5                                        By: /s/ Kara M. Wolke
                                         Kara M. Wolke
6                                        Jonathan Rotter
7                                        Alexa Mullarky
                                         1925 Century Park East, Suite 2100
8                                        Los Angeles, California 90067
                                         Telephone: (310) 201-9150
9                                        Facsimile: (310) 201-9160
10                                       Email: info@glancylaw.com
11
                                         *Attorneys for Lead Plaintiff Gregory Callender
12                                       and the Proposed Settlement Class*
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old. On May 4, 2018, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Central District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 4, 2018, at Los Angeles, California.

*s/ Kara M. Wolke*
Kara M. Wolke

# Mailing Information for a Case 2:16-cv-05519-SJO-SK Nicholas Crihfield v. CytRx Corporation et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Patrick V Dahlstrom**
  pdahlstrom@pomlaw.com

- **Lionel Zevi Glancy**
  lglancy@glancylaw.com

- **J Alexander Hood , III**
  ahood@pomlaw.com,abarbosa@pomlaw.com

- **Winston Ping Hsiao**
  winston.hsiao@skadden.com

- **John Christopher Korevec**
  john.korevec@skadden.com

- **Allen L Lanstra**
  allen.lanstra@skadden.com,dlmlclac@skadden.com,al.chua@skadden.com

- **Jeremy A Lieberman**
  jalieberman@pomlaw.com,disaacson@pomlaw.com

- **Charles Henry Linehan**
  clinehan@glancylaw.com

- **Danielle Leigh Manning**
  dmanning@glancylaw.com

- **Adam C McCall**
  amccall@zlk.com

- **Alexa Mullarky**
  amullarky@glancylaw.com

- **Jennifer Pafiti**
  jpafiti@pomlaw.com,ahood@pomlaw.com,kmsaletto@pomlaw.com,disaacson@pomlaw.com,abarbosa@pomlaw.com

- **Clifford H Pearson**
  cpearson@pswlaw.com,mpearson@pswlaw.com,mwilliams@pswlaw.com,egrant@pswlaw.com

- **Michael Harrison Pearson**
  mpearson@pswlaw.com

- **Lesley F Portnoy**
  LPortnoy@glancylaw.com

- **Robert Vincent Prongay**
  rprongay@glancylaw.com,CLinehan@glancylaw.com,info@glancylaw.com,robert-prongay-

0232@ecf.pacerpro.com,bmurray@glancylaw.com,JCohen@glancylaw.com

- **Laurence M Rosen**
  lrosen@rosenlegal.com

- **Jonathan M Rotter**
  jrotter@glancylaw.com,jonathan-rotter-5262@ecf.pacerpro.com

- **Kasonni M Scales**
  kasonni.scales@skadden.com

- **Neil Swartzberg**
  nswartzberg@pswlaw.com,yberry@pswlaw.com,mwilliams@pswlaw.com,egrant@pswlaw.com

- **Kara M Wolke**
  kwolke@glancylaw.com,info@glancylaw.com,kara-wolke-0535@ecf.pacerpro.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)