**DENIED**
BY ORDER OF THE COURT
denied as moot
SJO  5/24/18

GLANCY PRONGAY & MURRAY LLP
Robert V. Prongay (#270796)
Kara M. Wolke (#241521)
Alexa J. Mullarky (#307932)
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile:  (310) 201-9160
Email:  info@glancylaw.com

FILED
CLERK, U.S. DISTRICT COURT

May 24, 2018

CENTRAL DISTRICT OF CALIFORNIA
BY: _____VPC_____ DEPUTY

*Attorneys for Lead Plaintiff Gregory Callender
and the Proposed Plaintiff Class*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re CytRx Corporation Securities Litigation | Case No.: 2:16-CV-05519-SJO-SK |
| | Honorable S. James Otero |
| NICHOLAS CRIHFIELD, Individually and on Behalf of All Others Similarly Situated, | **[PROPOSED] ORDER GRANTING AN EXTENSION TO FILE STIPULATION OF SETTLEMENT AND PRELIMINARY APPROVAL** |
| Plaintiff, | |
| v. | |
| CYTRX CORPORATION, STEVEN A. KRIEGSMAN, and JOHN Y. CALOZ, | |
| Defendants. | |

[PROPOSED] ORDER

1  Pursuant to the Joint Stipulation Re: Extension of Time to File Stipulation
2  Settlement and Motion for Preliminary Approval, and good cause appearing, it is
3  hereby ordered that:
4      1.    The Parties shall file their Stipulation of Settlement and Lead Plaintiff
5  Shall file his Motion for Preliminary Approval on or before May 8, 2017.
6      2.    The stay of litigation set forth in the Court's order dated February 7, 2018,
7  remains in effect until such time as the Stipulation of Settlement is filed.
8
9      IT IS SO ORDERED
10
11  Dated:_____, 2018
12                                         THE HONORABLE S. JAMES OTERO
                                       UNITED STATES DISTRICT JUDGE