GLANCY PRONGAY & MURRAY LLP
Robert V. Prongay (#270796)
Kara M. Wolke (#241521)
Jonathan M. Rotter (#234137)
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile:  (310) 201-9160
Email:  info@glancylaw.com

*Attorneys for Lead Plaintiff Gregory Callender and the Proposed Settlement Class*

```
FILED
CLERK, U.S. DISTRICT COURT

June 25, 2018

CENTRAL DISTRICT OF CALIFORNIA
BY:____VPC____ DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re CytRx Corporation Securities Litigation<br><br>_____<br><br>NICHOLAS CRIHFIELD, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CYTRX CORPORATION, STEVEN A. KRIEGSMAN, and JOHN Y. CALOZ,<br><br>Defendants | Case No.: 2:16-CV-05519-SJO-SK<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION RESCHEDULING HEARING DATE ON MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>**Current Hearing Date:**<br>Date:     September 24, 2018<br>Time:    10:00 a.m.<br>Crtm:    10C<br>Judge:   Hon. S. James Otero<br><br>**Proposed Hearing Date:**<br>Date:     September 17, 2018<br>Time:    10:00 a.m.<br>Crtm:    10C<br>Judge:   Hon. S. James Otero |

Pursuant to the Joint Stipulation and [Proposed] Order Rescheduling Hearing Date on Motion for Final Approval of Class Action Settlement, and good cause appearing, it is hereby ordered that:

1. The hearing date on the motion for Final Approval of Class Action Settlement currently scheduled for September 24, 2018, at 10:00 a.m. is re-scheduled to September 17, 2018, at 10:00 a.m.

2. Summary Notice of the Settlement shall be published in the national edition of Investor's Business Daily and transmitted to PR Newswire no later than ten (10) business days following the Court's entry of an order on this Stipulation, setting forth the Final Approval hearing date and time.

IT IS SO ORDERED

Dated: June 25, 2018

_____
THE HONORABLE S. JAMES OTERO
UNITED STATES DISTRICT JUDGE