GLANCY PRONGAY & MURRAY LLP
Robert V. Prongay (#270796)
Kara M. Wolke (#241521)
Jonathan M. Rotter (#234137)
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: info@glancylaw.com

*Attorneys for Lead Plaintiff Gregory Callender
and the Proposed Settlement Class*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re CytRx Corporation Securities Litigation<br>_____<br><br>NICHOLAS CRIHFIELD, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CYTRX CORPORATION, STEVEN A. KRIEGSMAN, and JOHN Y. CALOZ,<br><br>Defendants | Case No.: 2:16-CV-05519-SJO-SK<br><br>**LEAD PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT, CLASS CERTIFICATION AND PLAN OF ALLOCATION**<br><br>Date: September 17, 2018<br>Time: 10:00 a.m.<br>Crtm: 10C<br>Judge: Hon. S. James Otero |

1 **TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR**
2 **ATTORNEYS OF RECORD HEREIN:**

3    **PLEASE TAKE NOTICE** that, pursuant to the Court's Order Granting
4 Unopposed Motion for Preliminary Approval of Settlement ("Preliminary Approval
5 Order," Dkt. No. 116), on September 17, 2018 at 10:00 a.m., before the Honorable S.
6 James Otero in Courtroom 10C located at the United States Courthouse, 350 West 1st
7 Street, Los Angeles, CA 90012, Lead Plaintiff Gregory Callender ("Plaintiff")[1] will and
8 hereby does move the Court for an order, (1) granting final approval of the Settlement
9 in the above-captioned action on the terms set forth in the Stipulation; (2) certifying the
10 Settlement Class, and (3) approving the proposed Plan of Allocation for distribution of
11 the Settlement Fund.

12    This motion is based on this Notice of Motion; the memorandum of points and
13 authorities in support thereof; the Declaration of Kara M. Wolke in Support of: (I) Lead
14 Plaintiff's Motion for Final Approval of Class Action Settlement, Class Certification,
15 and Plan of Allocation; and (II) Lead Counsel's Motion for an Award of Attorneys'
16 Fees and Reimbursement of Litigation Expenses and the exhibits filed therewith; all
17 pleadings and papers filed herein; arguments of counsel; and any other matters properly
18 before the Court.

19    Plaintiffs conferred with Defendants prior to filing this motion in accordance
20 with Local Rule 7-3.  Defendants do not oppose this motion.

21    **STATEMENT OF ISSUES TO BE DECIDED**

22    1.    Whether the Settlement, on the terms and conditions provided for in the
23 Stipulation should be finally approved by the Court as fair, reasonable, and adequate;

24    2.    Whether the Notice satisfied due process and complied with Fed. R. Civ.
25 P. 23(e);

---

[1] Unless otherwise defined, all capitalized terms herein have the same meaning as the Stipulation of Settlement dated May 4, 2018 (the "Stipulation"). Docket Entry ("Dkt.") No. 108.

3. Whether the Plan of Allocation is fair, reasonable, and adequate;

4. Whether the Court should finally certify the Settlement Class and whether Lead Plaintiff and Lead Counsel have adequately represented the Settlement Class; and

5. Whether the Court should permanently enjoin the assertion of any claims that arise from or relate to the subject matter of the Action.[2]

DATED: August 13, 2018              GLANCY PRONGAY & MURRAY LLP

By: */s/ Kara M. Wolke*
Robert V. Prongay
Kara M. Wolke
Jonathan M. Rotter
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: info@glancylaw.com

*Attorneys for Lead Plaintiff Gregory Callender and the Proposed Settlement Class*

---

[2] If needed, Lead Plaintiff will submit a revised Judgment and Order Approving Class Action Settlement granting the request relief with his reply papers, after the August 27, 2018 deadlines for objecting to the Settlement and requesting exclusion from the Settlement Class have passed.

**PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old. August 13, 2018, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Central District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 13, 2018, at Los Angeles, California.

*s/ Kara M. Wolke*
Kara M. Wolke

# Mailing Information for a Case 2:16-cv-05519-SJO-SK Nicholas Crihfield v. CytRx Corporation et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Patrick V Dahlstrom**
  pdahlstrom@pomlaw.com

- **Lionel Zevi Glancy**
  lglancy@glancylaw.com

- **J Alexander Hood , III**
  ahood@pomlaw.com,abarbosa@pomlaw.com

- **Winston Ping Hsiao**
  winston.hsiao@skadden.com

- **Allen L Lanstra**
  allen.lanstra@skadden.com,dlmlclac@skadden.com,lisa.johnston@skadden.com,al.chua@skadden.com

- **Jeremy A Lieberman**
  jalieberman@pomlaw.com,disaacson@pomlaw.com

- **Charles Henry Linehan**
  clinehan@glancylaw.com

- **Danielle Leigh Manning**
  dmanning@glancylaw.com

- **Adam C McCall**
  amccall@zlk.com

- **Jennifer Pafiti**
  jpafiti@pomlaw.com,ahood@pomlaw.com,kmsaletto@pomlaw.com,disaacson@pomlaw.com,abarbosa@pomlaw.com

- **Clifford H Pearson**
  cpearson@pswlaw.com,mpearson@pswlaw.com,mwilliams@pswlaw.com,egrant@pswlaw.com

- **Michael Harrison Pearson**
  mpearson@pswlaw.com

- **Lesley F Portnoy**
  LPortnoy@glancylaw.com

- **Robert Vincent Prongay**
  rprongay@glancylaw.com,CLinehan@glancylaw.com,info@glancylaw.com,robert-prongay-0232@ecf.pacerpro.com,JCohen@glancylaw.com

- **Laurence M Rosen**
  lrosen@rosenlegal.com

- **Jonathan M Rotter**

jrotter@glancylaw.com,jonathan-rotter-5262@ecf.pacerpro.com

- **Kasonni M Scales**
  kasonni.scales@skadden.com

- **Neil Swartzberg**
  nswartzberg@pswlaw.com,yberry@pswlaw.com,mwilliams@pswlaw.com,egrant@pswlaw.com

- **Kara M Wolke**
  kwolke@glancylaw.com,info@glancylaw.com,kara-wolke-0535@ecf.pacerpro.com,JLeinbach@glancylaw.com,JCohen@glancylaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`