GLANCY PRONGAY & MURRAY LLP
Robert V. Prongay (#270796)
Kara M. Wolke (#241521)
Jonathan M. Rotter (#234137)
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile:  (310) 201-9160
Email:  info@glancylaw.com

*Attorneys for Lead Plaintiff Gregory Callender
and the Proposed Settlement Class*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re CytRx Corporation Securities Litigation<br>_____<br>NICHOLAS CRIHFIELD, Individually and on Behalf of All Others Similarly Situated,<br>                  Plaintiff,<br>                v.<br>CYTRX CORPORATION, STEVEN A. KRIEGSMAN, and JOHN Y. CALOZ,<br>                  Defendants | Case No.: 2:16-CV-05519-SJO-SK<br><br>**LEAD PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES**<br><br>Date:    September 17, 2018<br>Time:   10:00 a.m.<br>Crtm:   10C<br>Judge:  Hon. S. James Otero |

1
2
**TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

3
4
5
6
7
8
9
10
**PLEASE TAKE NOTICE** that, pursuant to the Court's Order Granting Unopposed Motion for Preliminary Approval of Settlement ("Preliminary Approval Order," Dkt. No. 116), on September 17, 2018 at 10:00 a.m., before the Honorable S. James Otero in Courtroom 10C located at the United States Courthouse, 350 West 1st Street, Los Angeles, CA 90012, Lead Counsel Glancy Prongay & Murray LLP ("Lead Counsel") will and hereby does move the Court for entry of an Order awarding attorneys' fees and reimbursement of litigation expenses.

11
12
13
14
15
16
17
18
This motion is based on this Notice of Motion; the memorandum of points and authorities in support thereof; the Declaration of Kara M. Wolke in Support of: (I) Lead Plaintiff's Unopposed Motion for Final Approval of Settlement, Class Certification, and Plan of Allocation; and (II) Lead Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses; the exhibits thereto; all pleadings and papers filed herein; arguments of counsel; and any other matters properly before the Court.

19
20
Plaintiffs conferred with Defendants prior to filing this motion in accordance with Local Rule 7-3. Defendants do not oppose this motion.

21
**STATEMENT OF ISSUES TO BE DECIDED**

22
23
24
1.      Whether Lead Counsel's application for attorneys' fees of 30% of the Settlement Fund, should be approved in connection with the final approval of the Settlement.

25
26
2.      Whether Lead Plaintiff's Counsel should be reimbursed for reasonable litigation expenses that were necessarily incurred to achieve the benefit obtained.

27
28
3.      Whether Lead Plaintiff, Gregory Callender, is entitled to an award in the

amount of $15,000.

DATED: August 13, 2018       GLANCY PRONGAY & MURRAY LLP

By: /s/ Kara M. Wolke
Robert V. Prongay
Kara M. Wolke
Jonathan Rotter
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: info@glancylaw.com

*Attorneys for Lead Plaintiff Gregory Callender and the Proposed Settlement Class*

**PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old.  August 13, 2018, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Central District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on August 13, 2018, at Los Angeles, California.

*s/ Kara M. Wolke*
Kara M. Wolke

# Mailing Information for a Case 2:16-cv-05519-SJO-SK Nicholas Crihfield v. CytRx Corporation et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Patrick V Dahlstrom**
  pdahlstrom@pomlaw.com

- **Lionel Zevi Glancy**
  lglancy@glancylaw.com

- **J Alexander Hood , III**
  ahood@pomlaw.com,abarbosa@pomlaw.com

- **Winston Ping Hsiao**
  winston.hsiao@skadden.com

- **Allen L Lanstra**
  allen.lanstra@skadden.com,dlmlclac@skadden.com,lisa.johnston@skadden.com,al.chua@skadden.com

- **Jeremy A Lieberman**
  jalieberman@pomlaw.com,disaacson@pomlaw.com

- **Charles Henry Linehan**
  clinehan@glancylaw.com

- **Danielle Leigh Manning**
  dmanning@glancylaw.com

- **Adam C McCall**
  amccall@zlk.com

- **Jennifer Pafiti**
  jpafiti@pomlaw.com,ahood@pomlaw.com,kmsaletto@pomlaw.com,disaacson@pomlaw.com,abarbosa@pomlaw.com

- **Clifford H Pearson**
  cpearson@pswlaw.com,mpearson@pswlaw.com,mwilliams@pswlaw.com,egrant@pswlaw.com

- **Michael Harrison Pearson**
  mpearson@pswlaw.com

- **Lesley F Portnoy**
  LPortnoy@glancylaw.com

- **Robert Vincent Prongay**
  rprongay@glancylaw.com,CLinehan@glancylaw.com,info@glancylaw.com,robert-prongay-0232@ecf.pacerpro.com,JCohen@glancylaw.com

- **Laurence M Rosen**
  lrosen@rosenlegal.com

- **Jonathan M Rotter**

- jrotter@glancylaw.com,jonathan-rotter-5262@ecf.pacerpro.com

- **Kasonni M Scales**
  kasonni.scales@skadden.com

- **Neil Swartzberg**
  nswartzberg@pswlaw.com,yberry@pswlaw.com,mwilliams@pswlaw.com,egrant@pswlaw.com

- **Kara M Wolke**
  kwolke@glancylaw.com,info@glancylaw.com,kara-wolke-0535@ecf.pacerpro.com,JLeinbach@glancylaw.com,JCohen@glancylaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`