1  GLANCY PRONGAY & MURRAY LLP
2  Robert V. Prongay (#270796)
   Kara M. Wolke (#241521)
3  Jonathan M. Rotter (#234137)
4  1925 Century Park East, Suite 2100
   Los Angeles, California 90067
5  Telephone: (310) 201-9150
6  Facsimile:  (310) 201-9160
   Email:  info@glancylaw.com
7
8  *Attorneys for Lead Plaintiff Gregory Callender*
   *and the Proposed Settlement Class*
9

```
FILED
CLERK, U.S. DISTRICT COURT

September 17, 2018

CENTRAL DISTRICT OF CALIFORNIA
BY:      VPC      DEPUTY
```

10        **UNITED STATES DISTRICT COURT**
          **CENTRAL DISTRICT OF CALIFORNIA**
11

12  In  Re  CytRx  Corporation  Securities
    Litigation
13  _____

14  NICHOLAS CRIHFIELD,
15  Individually and on Behalf of All
    Others Similarly Situated,
16
17                              Plaintiff,

18            v.

19  CYTRX CORPORATION, STEVEN
    A. KRIEGSMAN, and JOHN Y.
20  CALOZ,

21            Defendants

Case No.: 2:16-CV-05519-SJO-SK


**ORDER APPROVING PLAN OF**
**ALLOCATION OF NET**
**SETTLEMENT FUND**

Date:     September 17, 2018
Time:     10:00 a.m.
Crtm:     10C
Judge:    Hon. S. James Otero

22
23
24
25
26
27
28

This matter came on for hearing on September 17, 2018  (the "Settlement Hearing") on Lead Counsel's motion to determine whether the proposed plan of allocation of the Net Settlement Fund ("Plan of Allocation") created by the Settlement achieved in the above-captioned class action should be approved. The Court having considered all matters submitted to it at the Settlement Hearing and otherwise; and it appearing that notice of the Settlement Hearing substantially in the form approved by the Court was mailed to all Settlement Class Members who or which could be identified with reasonable effort, and that a summary notice of the hearing substantially in the form approved by the Court was published in *Investor's Business Daily* and was transmitted over *PR Newswire* pursuant to the specifications of the Court; and the Court having considered and determined the fairness and reasonableness of the proposed Plan of Allocation,

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1.      This Order approving the proposed Plan of Allocation incorporates by reference the definitions in the Stipulation and Agreement of Settlement dated and filed May 4, 2018 (the "Stipulation") (Dkt. No. 108) and all capitalized terms not otherwise defined herein shall have the same meanings as set forth in the Stipulation.

2.      The Court has jurisdiction to enter this Order approving the proposed Plan of Allocation and over the subject matter of the Action and all parties to the Action, including all Settlement Class Members.

3.      Notice of Lead Counsel's motion for approval of the proposed Plan of Allocation was given to all Settlement Class Members who or which could be identified with reasonable effort. The form and method of notifying the Settlement Class of the motion for approval of the proposed Plan of Allocation satisfied the

requirements of Rule 23 of the Federal Rules of Civil Procedure, the United States Constitution (including the Due Process Clause), the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4, *et seq.*, as amended, and all other applicable law and rules; constituted the best notice practicable under the circumstances; and constituted due and sufficient notice to all persons and entities entitled thereto.

4.      Copies of the Postcard Notice, which directed Settlement Class Members to the Settlement website where the Notice set forth the Plan of Allocation at pp. 8-12 of the Notice, were mailed to thousands of Settlement Class Members and nominees. There have been no objections to the proposed Plan of Allocation.

5.      The Court hereby finds and concludes that the formula for the calculation of the Claims of Claimants as set forth in the Plan of Allocation contained in the Notice provides a fair and reasonable basis upon which to allocate the proceeds of the Net Settlement Fund among Settlement Class Members with due consideration having been given to administrative convenience and necessity.

6.      The Court hereby finds and concludes that the Plan of Allocation is, in all respects, fair and reasonable to the Settlement Class.

7.      There is no just reason for delay in the entry of this Order, and immediate entry by the Clerk of the Court is expressly directed.

**IT IS SO ORDERED.**

Dated: September 17, 2018

_S. Jame Otero_

_____

HON. S. JAMES OTERO
UNITED STATES DISTRICT JUDGE